UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| FRANKLIN JOE FIELDS and FRANKLIN OMAR JEMAUREY FIELDS JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>DISABILITY ADJUDICATOR,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV416-028 |

## REPORT AND RECOMMENDATION

After preliminarily reviewing Franklin Fields' initial complaint and *in forma pauperis* (IFP) application, the Court ordered him to replead and provide additional financial information. Doc. 3. He submitted a new IFP application (doc. 4), but failed to answer any of the additional questions posed by the Court. *See* doc. 3 at 6. Nor did he amend his Complaint as ordered.

Consequently, his Complaint should be **DISMISSED WITHOUT PREJUDICE** for failure to follow a Court order. *See* doc. 3 at 3, 7 (Order warning that failure to comply with the IFP or amendment

directives "will result in a dismissal recommendation"); L.R. 41(b); *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *Donaldson v. Clark*, 819 F.2d 1551, 1557 n. 6 (11th Cir.1987) (district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice). Any future Fields filings will be subject to the restrictions outlined in *Fields v. Savannah Marine Terminal*, CV416-027, doc. 5 (S.D. Ga. Feb. 26, 2016), *adopted* doc. 7 (S.D. Ga. Mar. 31, 2016).

**SO REPORTED AND RECOMMENDED,** this __6th__ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA